UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CESAR ENAN CARTAGENA-BUSTILLO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1188-WBV** |
| **RANDY SMITH** | **SECTION: D** |

## ORDER

  The Court, having considered the Complaint (R. Doc. 4), the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge (R. Doc. 14), and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, even after allowing an extra week beyond the 14 days, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.

  Accordingly,

  **IT IS ORDERED** Cesar Enan Cartagena-Bustillo's 42 U.S.C. §1983 claims against Sheriff Randy Smith are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) & 1915A(b)(1), and 42 U.S.C. § 1997e(c).

  New Orleans, Louisiana, January 27, 2021.

*[signature: Wendy B. Vitter]*
**WENDY B. VITTER**
**United States District Judge**